IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC SCHWARTZ,<br><br>          *Plaintiff,*<br><br>v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC,<br><br>          *Defendant.* | CIVIL ACTION<br>NO. 17-03751 |

## ORDER

**AND NOW**, this 2nd day of August, 2018, upon consideration of Defendant's Motion to Dismiss, or in the Alternative to Stay Proceedings and Compel Arbitration (ECF No. 16), Plaintiff's Response (ECF No. 17), and the Defendant's Reply (ECF No. 18), it is hereby **ORDERED** that the Motion is **GRANTED**. The parties shall arbitrate the claims raised in Plaintiff's Complaint (ECF No. 1) in accordance with the parties' enforceable arbitration agreement. It is further **ORDERED** that this action shall be **STAYED** and placed in **CIVIL SUSPENSE** pending the outcome of the arbitration.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.

9